| | | | |
|---|---|---|---|
| Anderson v. Fletcher | OP 17-0450<br>Denied | 08/15/17 | Original Proceeding<br>Habeas Corpus |
| Cox v. DOR | OP 17-0453<br>Denied | 08/15/17 | Original Proceeding<br>Mandamus |
| McGrail v. 18th<br>Jud. District Ct. | OP 17-0360<br>Denied | 08/15/17 | Original Proceeding<br>Supervisory Control |
| State v. Shepherd<br>2017 MT 205N | DA 17-0068<br>Affirmed | 08/22/17 | Dist. 12 (Hill) |
| HSBC Bank v.<br>Nickerson<br>2017 MT 206N | DA 15-0332<br>Affirmed | 08/22/17 | Dist. 1 (Lewis and<br>Clark) |
| State v. Kapps<br>2017 MT 207N | DA 16-0513<br>Affirmed | 08/22/17 | Dist. 16 (Fallon) |
| Bank of America<br>v. Braun<br>2017 MT 209N | DA 17-0050<br>Affirmed | 08/22/17 | Dist. 18 (Gallatin) |
| Braaton v. Fletcher | OP 17-0462<br>Denied | 08/22/17 | Original Proceeding<br>Habeas Corpus |
| Burkhart v. 3rd Jud.<br>District Court | OP 17-0330<br>Denied | 08/22/17 | Original Proceeding<br>Habeas Corpus |
| Nelson v. Fletcher | OP 17-0276<br>Granted in<br>part and<br>Remanded | 08/22/17 | Original Proceeding<br>Habeas Corpus |
| Shaffer v. State<br>2017 MT 213N | DA 16-0584<br>Affirmed | 08/29/17 | Dist. 22 (Carbon) |
| Hussar, II v. Hughes | OP 17-0499<br>Denied | 08/29/17 | Original Proceeding<br>Habeas Corpus |
| State v. Benjamin<br>2017 MT 219N | DA 15-0501<br>Affirmed | 09/05/17 | Dist. 9 (Glacier) |
| Marriage of Barlow<br>2017 NT 220N | DA 17-0107<br>Affirmed | 09/05/17 | Dist. 6 (Park) |